UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DONNA L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cv-394-CLC-SKL |
| v. | ) | |
| | ) | |
| WICHITA COUNTY, TEXAS SHERIFF'S OFFICE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is a motion to allow access to Plaintiff's medical and employment records [Doc. 88], with a proposed order [Doc. 88-1], filed by Defendants Wichita County Sheriff's Office, Sheriff David Duke and Deputy Alan Boyd. The remaining Defendants and Plaintiff have not filed any response in opposition to Defendants Wichita County Sheriff's Office, Sheriff David Duke and Deputy Alan Boyd's request, and the Court deems their failure to respond timely to the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

Accordingly, and for good cause shown, the motion to allow access to Plaintiff's medical and employment records [Doc. 88] is **GRANTED** and the proposed order [Doc. 88-1] **SHALL** be entered as an order of the Court.

SO ORDERED.

ENTER:

                                                  s/ *Susan K. Lee*
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE